# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY LEEMAN,** *et al.*   )  )  *Plaintiffs*,   )  )  v.   )  )  **NATIONAL HOCKEY LEAGUE,** *et al.*   )  )  *Defendants.*   )  ) | Civil Action No.: 13-CV-1856-KBJ |

## NOTICE OF PLAINTIFF RICHARD VAIVE'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

The Plaintiff, Richard Vaive, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all of his claims without prejudice in the above-captioned action.

                              /s/
Andrew G. Slutkin (DC Bar #433818)
Andrew C. White (DC Bar # MD08821)
William N. Sinclair (DC Bar # 500799)
Silverman|Thompson|Slutkin|White, LLC
201 N. Charles Street, Suite 2600
Baltimore, Maryland 21201
Tel.: (410) 385-2225
Fac.: (410) 547-2432
aslutkin@mdattorney.com
awhite@mdattorney.com
bsinclair@mdattorney.com

*Attorneys for Plaintiffs*

Date:   December 27, 2013